■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUGUSTINE R. RIZZO, Appellant. [805 NYS2d 877]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered November 21, 2002. The judgment convicted defendant, upon a jury verdict, of attempted rape in the first degree, attempted rape in the third degree, sodomy in the first degree, sodomy in the second degree and endangering the welfare of a child and, upon his plea of guilty, of attempted course of sexual conduct against a child in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (see People v Langworthy, 1 AD3d 1013 [2003], lv denied 2 NY3d 763 [2004]). Present—Green, J.P., Scudder, Kehoe, Martoche and Pine, JJ.